

# NUMBER 13-20-00028-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**$3,363.00 IN UNITED STATES CURRENCY,**　　　　　　　**Appellant,**

**v.**

**THE STATE OF TEXAS,**　　　　　　　　　　　　　**Appellee.**

---

**On appeal from the 414th District Court
of McLennan County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Silva
Memorandum Opinion by Justice Benavides**

On December 9, 2019, appellant filed a notice of appeal.[1] Appellant's brief was

due on October 14, 2020. On October 20, 2020, the clerk of the court notified appellant

that, pursuant to Texas Rule of Appellate Procedure 38.8(a)(1), the appeal was subject

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals in Waco pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

to dismissal for want of prosecution, unless appellant provided a reasonable explanation for his failure to timely file a brief within ten days.

On October 23, 2020, appellant filed a letter which this court construed as a brief. On November 10, 2020, the clerk of the court notified appellant that the brief was marked "received" and was not in compliance with the Texas Rules of Appellate Procedure. Furthermore, on April 23, 2021, the clerk of the court notified appellant that if an amended brief was not filed within ten days from the date of the notice, the appeal was subject to dismissal for want of prosecution.

Appellant has failed to either reasonably explain his failure to file a motion for extension of time to file his brief or file an amended brief. Accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b).

GINA M. BENAVIDES
Justice

Delivered and filed on the
1st day of July, 2021.

2